U.S. District Court    81,277-01

Northern District

1100 Commerce St. Rm 1452

Dallas, TX 75242-1310

Lesley Gean Dahn

1767784

Petitioner

vs

William Stephens

TDCJ

Respondant

Mag. Judge

CR 318

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

## Notice of change of Address

New Address Boyd unit 200 Spur 113 teague Texas 75860. Please Notify me At this Address that you have Knowledge of this change, Thank you.

4-13-2015

Lesley Dahn

1767784

Boyd unit

200 Spur 113

teague, TX

75860

# Certificate of Service

this is to certify that on 4-13-2015 I Lesley DAhn sent A copy of Notice of Change of ADDress to CASey JAckson ASSTANT Attorney General At Po box 12308 CApitol STATion, Austin texAS 78711.

1767784

Lesley GeAn DAhn